IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02128-BNB

JAMES R. LAWSON,

    Plaintiff,

v.

UNKNOWN INVESTIGATOR IN THE COLORADO BUREAU OF INVESTIGATION ON
    DECEMBER 17, 2008,
PETER MOYER, and
JOHN RITTER,

    Defendants.

```
               FILED
    UNITED STATES DISTRICT COURT
        DENVER, COLORADO

          NOV 0 5 2009

       GREGORY C. LANGHAM
                       CLERK
```

## ORDER OF DISMISSAL

Plaintiff James R. Lawson initiated this action by filing *pro se* a Complaint asserting claims that his rights under the United States Constitution have been violated along with a number of state law claims. On September 14, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Lawson to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Lawson was warned that the complaint and the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Lawson has failed to file an amended complaint within the time allowed and he has filed to respond in any way to Magistrate Judge Boland's September 14 order. Therefore, the Complaint and the action will be dismissed without prejudice for failure to file an amended complaint as directed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed.

DATED at Denver, Colorado, this 4th day of November, 2009.

BY THE COURT:

*Zita Leeson Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02128-BNB

James R. Lawson
764 S. Osage Street
PO Box 9758
Denver, CO 80209-0758

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/5/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk